## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **CRIMINAL NO. 14-00194-CG** |
| | ) | |
| **JOHNNY HAROLD LEE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

This matter is before the court on the United States' Motion to Dismiss Counts One and Two of the Indictment (Doc. 20).

Upon due consideration and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, the motion is hereby **GRANTED**; therefore, Counts One and Two of the Indictment filed on June 31, 2014 against Johnny Harold Lee are hereby **DISMISSED**.[1]

**DONE and ORDERED** this 14th day of October, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

[1] In light of the foregoing and the representation of the United States in its Response to the Defendant's Motion to Suppress (Doc. 19), the Defendant's Motion to Suppress (Doc. 15) is deemed to be **MOOT**.